FILED
September 15, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002928006

BETH MAXWELL STRATTON
CHAPTER 7 TRUSTEE
Post Office Box 3930
Pinedale, CA 93650
Telephone: (559) 441-4233
Facsimile: (559) 441-4234

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re:

DONALD ALLEN DAVIS and
CLAUDIA GRACE DAVIS,

    Debtors.

Case No. 10-10097-B-7

DC No. BMS-1

**MOTION FOR APPROVAL OF SALE OF PERSONAL PROPERTY**

Date: October 20, 2010
Time: 10:00 a.m.
Dept. B, Hon. W. Richard Lee

Beth Maxwell Stratton, Chapter 7 Trustee ("Trustee"), represents:

1. Donald Allen Davis and Claudia Grace Davis ("Debtors"), filed their Chapter 7 bankruptcy petition on January 6, 2010. Trustee is the duly appointed, qualified and acting Trustee in this case.

2. This court has jurisdiction over this motion by virtue of 28 U.S.C. section 1334 and 11 U.S.C. section 363. This is a core matter under 28 U.S.C. section 157(b)(2)(A) & (N).

3. The assets of the estate include a 2004 Toyota Highlander ("Highlander").

4. Debtors valued the Highlander at $5,500.00 and claimed an exemption in the amount of $2,550.00. Trustee discounted the value to $4,500.00, based upon her review of the Kelley Blue Book Value.

5. Trustee has agreed to sell the non-exempt equity in the Highlander to the Debtors for the sum of $1,950.00, which sum Trustee has received.

6. After considering the Kelley Blue Book value, Trustee believes that the above is the best price that Trustee can obtain and Trustee believes that it is in the best interest of

the estate to sell the Highlander to the Debtors according to the terms as set forth above. Trustee believes that no price can be obtained for the vehicle which would net a greater amount to the estate.

7. There are no liens on the Highlander.

8. Trustee will not incur a tax liability as a result of the sale.

WHEREFORE, Trustee prays that she be authorized to sell the Highlander to the Debtors as set forth above.

Dated: September 14, 2010

_____
BETH MAXWELL STRATTON, Trustee